IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| CHRISTY SHIELDS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:10cv470 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

ORDER OF DISMISSAL

The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the decision of the Commissioner be affirmed and this action be dismissed with prejudice. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the decision of the Commissioner is hereby **AFFIRMED** and this complaint is hereby **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

It is SO ORDERED.

SIGNED this 31st day of August, 2012.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1